UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WINDBELL ENTERPRISES, LTD., a Texas Limited Liability Partnership; KEITH ALLEN DAWSON; and DOES 1 – 10,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01965-TLN-EFB<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Upon the stipulation of Plaintiff Scott Johnson ("Plaintiff") and Defendant Windbell Enterprises, Ltd. ("Defendant"), by and through their respective counsel, and good cause appearing,

IT IS ORDERED that Defendant's time to respond to Plaintiff's Complaint is extended through and including October 31, 2016.

Dated: October 17, 2016

Troy L. Nunley
United States District Judge

1

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT